IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IVONNE MENDOZA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-20-CV-24-PRM |
| | § | |
| MIDLAND CREDIT<br>MANAGEMENT, INC.,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER TO RETAIN LOCAL COUNSEL

On this day, the Court sua sponte considered the above-captioned cause. Plaintiff Ivonne Mendoza and Defendant Midland Credit Management, Inc. have not yet retained local counsel for this action. Accordingly, the Court finds that the parties should each retain a member of the Bar of this Court, who maintains an office within the El Paso Division of the Western District of Texas, as co-counsel with the authority to act as attorney of record for all purposes.

Accordingly, **IT IS ORDERED** that Plaintiff Ivonne Mendoza and Defendant Midland Credit Management, Inc. **RETAIN** local counsel as soon as possible, but in no event later than **April 13, 2020**.

**SIGNED** this **12th day** of **March, 2020**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE